DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
EDUARDO CERDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> EDUARDO CERDA,                      )<br>                                    )<br>            Defendant.              )<br>                                    )<br> _____) | NO. Cr. S-03-0335-LKK<br><br>**MOTION TO TERMINATE PROBATION** |

   The defendant, through his attorney, DENNIS S. WAKS, Supervising Assistant Federal Defender, respectfully moves this court for an order pursuant to 18 U.S.C. § 3564(c) terminating the term of his probation. As grounds in support of this motion, the defendant states the following:

   Mr. Cerda pled guilty to 18 U.S.C. § 4 (misprison of a felony)and was sentenced on July 12, 2005 to forty-six (46) months probation and as a condition, 10 months in a halfway house; no restitution was ordered.

   Section 3564(c) of Title 18, United States Code, provides that the court may "terminate a term of probation previously ordered and

discharge the defendant... at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

The national policy for the supervision of federal offenders is set forth in Monograph 109 "The Supervision of Federal Offenders" which was revised in March 2003.

The criteria for early termination are as follows:

1. Stable community reintegration (e.g., residence, family, employment);

2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

4. No history of violence (e.g. sexually assaultive, predatory behavior, or domestic violence);

5. No recent arrests or convictions (including unresolved pending charges);

6. No recent evidence of alcohol or drug abuse;

7. No recent psychiatric episodes;

8. No identifiable risk to the safety of any identifiable victim; and

9. No identifiable risk to public safety based on the Risk Prediction Index (RPI).

These factors support termination. Mr. Cerda completed 10 months in a halfway house. He has made a smooth transition into the community. He has been employed with Jay Scott Pharmacy since September of 2002 and is still employed with the pharmacy.

Mr. Cerda has no prior record and has had no criminal conduct while on probation nor does he have a history of violence. He does not use drugs. He did not have an aggravated role in his offense of conviction. Mr. Cerda's Probation Officer, Shanon Agelidis of the

United States Probation Office, Central District of California, consents to this motion to terminate probation.  Supervision is no longer necessary and the resources of the probation office need not be spent on this case.  Assistant United States Attorney, Laura Ferris, has reviewed this motion and has no objection to terminating Mr. Cerda's probation term.

He has been on probation for almost two years, which is over 50% of the original 46 month term of probation.

**CONCLUSION**

For the above stated reasons, the defendant respectfully requests that this court terminate his term of probation.

DATED: July 24, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        EDUARDO CERDA

IT IS SO ORDERED.

DATED: July 30, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT